```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-105-EFB |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
|  | ) | INFORMATION AND ORDER |
| v. | ) |  |
| DONI M. WASHBURN, | ) | DATE: August 25, 2009 |
|  | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

1 | Order dismissing the above-entitled matter, Cr. No. S-09-105-EFB,
2 | with prejudice.
3 | DATED: August 18, 2009

```
                                        LAWRENCE G. BROWN
                                        United States Attorney

                                   By:  /s/McConkie for Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

                                        O R D E R
```

IT IS SO ORDERED:

DATED: August 21, 2009

```
_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
```

2